1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**FILED**

2008 JUL 17 PM 1:07

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____YAIX_____DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

**08 CR 2385 DMS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. _____ |
| | ) | |
| Plaintiff, | ) | I N D I C T M E N T |
| | ) | |
| v. | ) | Title 21, U.S.C., Secs. 952 and |
| | ) | 960 - Importation of Marijuana; |
| MICHAEL DOUGLAS MOORE, | ) | Title 21, U.S.C., Sec. 841(a)(1) - |
| | ) | Possession of Marijuana with |
| Defendant. | ) | Intent to Distribute |
| | ) | |

The grand jury charges:

<u>Count 1</u>

On or about April 18, 2008, within the Southern District of California, defendant MICHAEL DOUGLAS MOORE did knowingly and intentionally import 50 kilograms and more, to wit: approximately 51.03 kilograms (112.26 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//

//

//

//

CEM:nlv:Imperial
7/16/08

1

<u>Count 2</u>

2    On or about April 18, 2008, within the Southern District of

3 California, defendant MICHAEL DOUGLAS MOORE did knowingly and

4 intentionally possess, with intent to distribute, 50 kilograms and

5 more, to wit: approximately 51.03 kilograms (112.26 pounds) of

6 marijuana, a Schedule I Controlled Substance; in violation of

7 Title 21, United States Code, Section 841(a)(1).

8    DATED: July 17, 2008.

9                                        A TRUE BILL:

10

11                                        _____
                                          Foreperson

12

13 KAREN P. HEWITT
   United States Attorney

14

15 By: _____

16    CALEB E. MASON
      Assistant U.S. Attorney

17

18

19

20

21

22

23

24

25

26

27

28