```
                                              FILED
                                         2008 JUL 17 PM 1:08
                                        CLERK US DISTRICT COURT
                                      SOUTHERN DISTRICT OF CALIFORNIA

                                      BY_____DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**'08 CR 2385 — DMS**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. _____ |
|         Plaintiff, ) | |
| v.  ) | NOTICE OF RELATED CASE |
| MICHAEL DOUGLAS MOORE, ) | |
|         Defendant. ) | |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to <u>United States of America v. Michael Douglas Moore</u>, Criminal Case No. 08CR1602-DMS.

DATED: July 17, 2008.

KAREN P. HEWITT
United States Attorney

CALEB E. MASON
Assistant U.S. Attorney