1  JOHN C. ELLIS, JR.
   California Bar No. 228083
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  john_ellis@fd.org

5  Attorneys for Mr. Moore

6

7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10                **(HONORABLE DANA M. SABRAW)**

11 | UNITED STATES OF AMERICA,        ) Criminal No. 08CR2385-DMS
                                      )
12 |        Plaintiff,                ) **ACKNOWLEDGMENT**
                                      ) **OF NEXT COURT DATE**
13 | v.                               )
                                      )
14 | MICHAEL DOUGLAS MOORE,           )
                                      )
15 |        Defendant.                )
   |_____)

16

17         I, Michael Douglas Moore, the defendant named in the above-captioned case, hereby

18 acknowledge that the next court date in this matter is as follows:

19         September 12, 2008 at 11:00 a.m. for motion hearing.

20         I further acknowledge that this court appearance is to take place before the Honorable Dana

21 M. Sabraw, United States District Court, Southern District of California at San Diego, California and that I

22 am ordered to appear in accordance with the conditions of my pretrial release.

23         I declare that the foregoing is true and correct.

24

25 Dated: 8-25-08

                                                   _____
26                                                 MICHAEL DOUGLAS MOORE

27

28

H:\MLB\JCE\Ack-Moore.wpd

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08cr2385-DMS |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| MICHAEL DOUGLAS MOORE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Acknowledgment of Next Court Date has been electronically served this day upon:

> Caleb Mason, Assistant United States Attorney
> 880 Front Street
> San Diego, CA  92101

Dated: August 26, 2008              _/s/ John C. Ellis, Jr._
                                    JOHN C. ELLIS, JR.
                                    Federal Defenders
                                    225 Broadway, Suite 900
                                    San Diego, CA 92101-5030
                                    (619) 234-8467  (tel)
                                    (619) 687-2666  (fax)
                                    E-mail: john_ellis@fd.org